IN THE UNITED STATES BANKRUPTCY COURT
For the Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Sheleta S. Stewart, | ) | Case No. 19-23256 |
| | ) | |
| Debtor | ) | Judge Janet S. Baer |
| | ) | (DuPage County) |

## NOTICE OF MOTION

TO:   Glenn Stearns, Trustee           Debtor and All Creditors
      Via ECF                           See attached service list

PLEASE TAKE NOTICE that on Friday, October 2, 2020, at 10:00 a.m. I will appear before the Honorable Judge Janet S. Baer or any other Judge sitting in that Judge's place, and present Debtor's Motion to Modify Plan Post-Confirmation, a copy of which is attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

David J. Boersma, certifies that he served a copy of this Notice of Motion and Debtor's Motion to Modify Plan Post-Confirmation upon the above named trustee by electronic filing and to the Debtor and all Creditors via U.S. Mail, postage prepaid, on September 3, 2020.

*/s/ David J. Boersma*
David J. Boersma

Attorney for Debtor
Atty No. 06180071
David J. Boersma
1776A S. Naperville Road, Suite 201
Wheaton, IL  60189
(630) 653-5000
attorneyboersma@sbcgloabl.net

## SERVICE LIST

| | | |
|---|---|---|
| Glenn Strearns, Trustee<br>Via ECF | Sheleta S. Stewart, Debtor<br>486 James Court, Unit A<br>Glendale Heights, IL 60139 | Active Auto Sales<br>Attn: Bankruptcy Department<br>24 W 483 Lake Street<br>Roselle, IL 60172 |
| Actives Auto sales, Inc.<br>c/o Robin L Loperena, President<br>820 W. Heritage Drive<br>Addison, IL 60101 | AD Astra Recovery Service<br>For Speedy Cash<br>7330 W. 33rd St., N. Ste 118<br>Wichita, KS 67205 | Amita GlenOaks Medical Center<br>Attn: Bankruptcy Department<br>PO Box 775299<br>Chicago, IL 60677-5299 |
| Amita Health<br>Adventist Medical Center GlenOaks<br>417 Bridge Street<br>Danville, VA 24541-1403 | Amita Health Adventist Medical<br>Center GlenOaks - Bankruptcy Dept.<br>701 Winthrop Ave<br>Glendale Heights, IL 60139 | AT&T Mobility<br>Attn: Bankruptcy Department<br>PO Box 6416<br>Carol Stream, IL 60197-6416 |
| Capital Management Services, LP<br>For U.S. Bank<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 | CNAC/IL 115<br>Attn: Bankruptcy Department<br>2345 W. Jefferson Street<br>Joliet, IL 60435 | Comcast<br>Attn: Bankruptcy Department<br>PO Box 70219<br>Philadelphia, PA 19176-0219 |
| ComEd<br>Attn: Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523 | Credence Resource Management LLC<br>For AT&T Mobility<br>PO Box 2390<br>Southgate, MI 48195-4390 | Credence Resource Management LLC<br>For AT&T Mobility<br>17000 Dallas Parkway, Suite 204<br>Dallas, TX 75248 |
| Credit Collection Services<br>For PNC Bank<br>725 Canton Street<br>Norwood, MA 02062 | Credit Management<br>For WOW - Schaumburg, IL<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | DuPage County Circuit Court<br>505 N. County Farm Road<br>Wheaton, IL 60187 |
| Enhanced Recovery Company, LLC<br>For Comcast<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | ENR Realty & Management<br>113 Fairfield Way<br>Suite 101C<br>Bloomingdale, IL 60108 | First Premier Bank<br>Attn: Bankruptcy Department<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| Glendale Heights Police Department<br>Attn: Bankruptcy Department<br>300 Civic Center Plaza<br>Glendale Heights, IL 60139 | Harris & Harris, Ltd.<br>For DuPage County Circuit Court<br>111 W. Jackson Blvd, Suite 400<br>Chicago, IL 60604-4135 | Illinois Emergency Medical Special<br>Attn: Bankruptcy Department<br>701 Winthrop Ave.<br>Glendale Heights, IL 60139 |
| Illinois Tollway<br>Attn: Special Projects<br>PO Box 5544<br>Chicago, IL 60680-5544 | Jefferson Capital Systems, LLC<br>Attn: Bankruptcy Department<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | Kristina Toth<br>c/o Dunkin' Donuts<br>651 Roosevelt Road<br>Glen Ellyn, IL 60137 |

Malcolm S. Gerald and Assoc., Inc.
For Amita Health Adventist
111 W. Washington, Suite 450
Chicago, IL 60602

Merchant's Credit Guide Co.
For IL Emergency Medical Specialist
233 W Jackson Blvd Ste 700
Chicago, IL 60606

Monarch Recovery Management, Inc.
For U.S. Bank
10965 Decatur Road
Philadelphia, PA 19154-3210

Nationwide Credit & Collection Inc.
For Northwestern Medicine
815 Commerce Dr Ste 270
Oak Brook, IL 60523-8852

Northwest Collectors, Inc.
For Glendale Heights Police Dept.
3601 Algonquin Rd Ste 232
Rolling Meadows, IL 60008-3106

Northwestern Medicine
Attn: Bankruptcy Department
PO Box 4090
Carol Stream, IL 60197-4090

Northwestern Medicine
Attn: Bankruptcy Department
25 N. Winfield Road
Winfield, IL 60190

PNC Bank, N.A.
Mailstop: P5-PCLC-A1-R
2730 Liberty Ave.
Pittsburgh, PA 15222

Premier BankCard/First Premier
Attn: Bankruptcy Department
601 S. Minnesota Ave.
Sioux Falls, SD 57104

Prestige Financial Services
P.O. Box 26707
Salt Lake City, UT 84126

Prestige Financial Services, Inc.
Attn: Bankruptcy Department
351 W. Opportunity Way
Draper, UT 84020

Quantum3 Group LLC
As Agent For GPCC I LLC
PO Box 788
Kirkland, WA 98083-0788

SpeedyRapid Cash
Attn: Bankruptcy Department
PO Box 780408
Wichita, KS 67278

Sprint Corp.
Attn: Bankruptcy Department
PO Box 7949
Overland Park, KS 66207-0949

TitleMax of Illinois, Inc.
15 Bull Street, Suite 200
Savannah, GA 31401

US Bank N.A.
Bankruptcy Department
PO Box 5229
Cincinnati, OH 45201-5229

WLCC dba Check Advance USA.net
Attn: Bankruptcy Department
PO Box 170
Provo, UT 84603

WOW Internet Cable & Phone
Attn: Bankruptcy Department
1030 National parkway
Schaumburg, IL 60173

IN THE UNITED STATES BANKRUPTCY COURT
For the Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Sheleta S. Stewart, | ) | Case No. 19-23256 |
| | ) | |
| Debtor | ) | Judge Janet S. Baer |
| | ) | (DuPage County) |

## MOTION TO MODIFY THE PLAN POST-CONFIRMATION

NOW COMES the Debtor, Sheleta S. Stewart, by and through her attorney, David J. Boersma, and moves this Honorable Court pursuant to 11 U.S.C. § 1329 for the entry of an Order modifying the Debtor's Chapter 13 plan post-confirmation, and in support thereof, states as follows:

1. On August 17, 2019, the Debtor commenced the above-captioned case by filing a petition for the adjustment of debts of an individual with regular income under Chapter 13 of Title 11 of the United States Code, which case is pending before this Honorable Court.

2. On October 25, 2019, this Honorable Court entered an Order confirming the Debtor's plan for the adjustment of her debts after the court found that the plan complied with the provisions of 11 U.S.C. § 1322 and 11 U.S.C. § 1325.

3. The terms of the confirmed plan provided for payments to the standing Chapter 13 Trustee of 36 monthly payments of $205.00 each. The total to have been paid to the trustee was $7,380.00 and the general unsecured creditors were to be paid not less than 10% of their timely filed claims.

4. Debtor, Sheleta S. Stewart, at the time of case filing was employed full time with

Heartland Employment Services, as a hospice aide and was earning a gross salary of $2,527.87 per month (with a net income of $1,857.78 per month).

5. On February 20, 2020 Debtor was involuntarily terminated from her employment with Heartland Employment Services. At the time of case filing Debtor was earning $17.95 per hour compensation from Heartland Employment Services.

6. On March 3, 2020 was employed by DuPage Medical Group, as a part-time assistant at a surgical center, at a compensation rate of $18.50 per hour. However, due to the Covid pandemic and less patients at the surgical center, Debtor was permitted to work three (3) days per week. Due to Debtor's decreased work hours Debtor was not able to afford her $205.00 monthly Plan payments for four (4) months.

7. Debtor's work hours have subsequently increased and on or about August 14, 2020 resumed her $205.00 monthly Plan payments.

8. Debtor is in arrears in Plan payments a total of $809.94 as of the date of this motion. Debtor will extend the term of the 36 month Plan an additional four (4) months to cure the arrears.

9. The Debtor requests that any and all arrears in payments be deferred until the end of the Plan.

10. Pursuant to 11 U.S.C. § 1329 (a), at any time after confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon request of Debtor, the Trustee or the holder of an allowed unsecured claim, to (1) increase or reduce the amount of payments on claims of a particular class provided for by the plan; (2) extend or reduce the time for such payments; or (3)

alter the amount of the distribution of a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim other than under the plan.

WHEREFORE, the Debtor prays that this Honorable Court enter an Order modifying the Debtor's plan as stated in the proposed order.

*David J. Boersma*
David J. Boersma

Attorney for Debtor
Atty No. 06180071
David J. Boersma
1776-A S. Naperville Road, Suite 201
Wheaton, IL 60189
(630) 653-5000
attorneyboersma@sbcglobal.net