UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-23256 |
| Sheleta S. Stewart | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | DuPage |
| | ) | |
| Debtor(s) | ) | |

## AMENDED ORDER MODIFYING PLAN

This matter coming to be heard on the Debtor's Motion to Modify Plan, due notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Debtor's Motion is GRANTED as set forth herein.

2. Any and all defaults and arrears are deferred until the end of the plan.

Enter:

Honorable Janet S. Baer

United States Bankruptcy Judge

Dated:  October 23, 2020

**Prepared by:**

David J. Boersma

Bar No. 06180071

1776A S. Naperville Road, Suite 201

Wheaton, IL  60189

(630) 653-5000

attorneyboersma@sbcglobal.net